UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

  v.            06-CR-020

TROY MAROTTA,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

  Upon consideration of the government's motion pursuant to Fed. R. Crim. P. 35(b)(2) and defendant's response thereto, it is hereby ORDERED that the government's motion is GRANTED and Defendant's sentence is hereby reduced to a term of 46 months imprisonment.

IT IS SO ORDERED.

Dated: February 24, 2009

*Thomas J. McAvoy* (signature)
Thomas J. McAvoy
Senior, U.S. District Judge